UNITED STATES DISTICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO.: 21-cr-00208-RMB |
| Plaintiff, | |
| vs. | |
| JAMERE HILL-BIRDSONG, | CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| Defendant. | |

**THIS MATTER** having come before the Court on application of Troy A. Archie, Esquire, attorney for Defendant, Jamere Hill-Birdsong, for modification of conditions of release to allow the Defendant to move to an approved address in Philadelphia, Pennsylvania. By consent of the United States of America, Diana Carrig, Assistant United States Attorney and Wayne Webb, United States Pretrial Services Officer and for good cause shown,

**IT IS ORDERED** on this **7th** day of **December 2022** that:

1. The Defendant is allowed to move to an address in Philadelphia, Pennsylvania upon approval of said address by U.S. Pre-Trial Services and formal transfer of supervision to U.S. Pre-Trial Services in the Eastern District of Pennsylvania.
2. The Defendant must clear up his outstanding warrant out of Pennsauken, New Jersey prior to any move to Pennsylvania and report same to U.S. Pre-Trial Services.
3. All the remaining conditions from previous Orders setting conditions of release and any subsequent modifications by Pre Trial deems necessary are to remain in effect.

**IT IS SO ORDERED.**

Honorable Renee Marie Bumb,
United States District Court Judge